```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| First Investors Nevada Realty, et al., | : | CIVIL ACTION |
| | : | NO. 20-4134 |
|     Plaintiffs | : | |
|   v. | : | |
| | : | |
| EIS, Inc., et al., | : | |
| | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this **29th** day of **April, 2021**, upon consideration of the parties' supplemental memoranda concerning subject matter jurisdiction (ECF Nos. 24-25), and for the reasons stated in the accompanying memorandum, the Court finds that diversity jurisdiction does not exist with respect to Defendants EIS Legacy, LLC, and EIS Buyer, LLC. Accordingly, it is hereby **ORDERED** that said Defendants are **DISMISSED** from the case and the Clerk of Court shall terminate said Defendants on ECF.

It is **FURTHER ORDERED** that a status and scheduling conference will be held via telephone on **May 5, 2021, at 2:00 P.M.** to determine if and/or how to proceed with the case. The parties shall call in as follows: 571-353-2300; Code: 643 570 129#.

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**