IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| First Investors Nevada Realty, et al., | CIVIL ACTION |
| Plaintiffs | NO. 20-4134 |
| v. | |
| EIS, Inc., et al., | |
| Defendants | |

**ORDER**

**AND NOW**, this **15th** day of **July, 2021**, after considering Plaintiffs' Motion for Reconsideration (ECF No. 30) and Defendants' Response (ECF No. 34), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Reconsideration (ECF No. 30) is **DENIED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**