UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIRST INVESTORS NEVADA REALTY, LLC**, as agent for **FIRST INVESTORS NEVADA REALTY TRUST**, assignee of **MARK HANKIN**, and **HANMAR ASSOCIATES, MLP,** | : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : |
| *Plaintiffs,* | : CIVIL ACTION <br> : |
| v. | : NO. 20-cv-04134-ER <br> : |
| **EIS, INC., EIS LEGACY, LLC, EIS BUYER, LLC,** and **AUDAX MANAGEMENT COMPANY, LLC,** | : <br> : <br> : <br> : |
| *Defendants.* | : |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs, First Investors Nevada Realty, LLC, as agent for First Investors Nevada Realty Trust, assignee of Mark Hankin, and HanMar Associates, MLP, hereby dismiss the above referenced action, and all claims asserted therein, ***without prejudice.***

Respectfully submitted,

**BRAVERMAN KASKEY GARBER, P.C.**

Dated: August 5, 2021        BY:   */s/ David L. Braverman*
DAVID L. BRAVERMAN, ESQUIRE
KEVIN W. BURDETT, ESQUIRE
1650 Market Street -56th Floor
Philadelphia, PA 19103
Telephone: (215) 575-3800
Facsimile: (215) 575-3801
braver@braverlaw.com
burdett@braverlaw.com
*Attorneys for First Investors Nevada Realty, LLC, as agent for First Investors Nevada Realty Trust, assignee of Mark Hankin*

**UNRUH TURNER BURKE & FREES**

BY:   */s/ John K. Fiorillo*
        JOHN K. FIORILLO, ESQUIRE
        17 West Gay Street
        P.O. Box 515
        West Chester, PA 19380
        Telephone: (610) 692-1371
        jfiorillo@UTBF.com
        *Attorneys for Hanmar Associates, MLP*